UNITED DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUSIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **KIMBERLY GROSS** | Civil Action No.:2:23-cv-2070 |
| **Plaintiff** | |
| V. | |
| **PROGRESSIVE CASUALTY INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND BENJAMIN IRONS** | Div. Juris 28 U.S.C. § 1332 |
| **Defendants** | |

## COMPLAINT FOR DAMAGES

COMES NOW, KIMBERLY GROSS, Plaintiff who files this Original Complaint for Damages against, PROGRESSIVE CASUALTY INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND BENJAMIN IRONS Defendants and shows this Court the following:

Statement of Subject Matter Jurisdiction

Plaintiff, KIMBERLY GROSS person of the full age of majority and resident of the City of Houston, State of Texas,

Plaintiff alleges acts of negligence against:

A. First named Defendant is PROGRESSIVE CASUALTY INSURANCE COMPANY, who upon information and belief is a foreign insurance company whose Principal Place of Business is and was formed in the State of Ohio; and is authorized to do and doing business within the jurisdictional bounds of this court including but not limited to the Orleans Parish, State of Louisiana, who at all times mentioned herein issued a policy or policies of liability, uninsured

and underinsured insurance coverage which covered the damage caused by its insured and issued to named defendant, BENJAMIN IRONS which covered Plaintiffs for the damages complained of herein. The exact terms of said policy are currently unknown to Plaintiff and best known to Defendants and are plead herein as if copied in extenso.

B. Second named Defendant is STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, who upon information and belief is a foreign insurance company whose Principal Place of Business is and was formed in the State of Illinois; and authorized to do and doing business in the Orleans Parish, State of Louisiana, who at all times mentioned herein issued a policy or policies of uninsured underinsured motorist coverage which covered KIMBERLY GROSS, for the damages complained of herein. The exact terms of said policy are currently unknown to Petitioner and best known to Defendants and are plead herein as if copied in extenso;

C. Third Defendant is BENJAMIN IRONS is an individual of age of majority domiciled in New Orleans, Louisiana and who at all times was the permissive driver and operator of a which was involved in the accident made basis of this lawsuit.

Diversity of citizenship

Defendants and are plead herein as if copied in extenso and thus pursuant to 28 U.S.C., 1332, there exist diversity of citizenship of the parties.

Federal Jurisdiction and Venue

Additionally, the amount in controversy as to each party in this matter exceeds the jurisdictional limits of this Honorable Court of $75,000.00. The underlying accident made basis of this lawsuit occurred in New Orleans, Louisiana. This Honorable Court has subject matter jurisdiction over this claim which is within the territorial bounds of this Honorable Court. Thus, venue is Proper in the United States District Court for the Eastern District of Louisiana, New Orleans Division.

- 10
2

## COUNT 1

All of the aforementioned Defendants are jointly, severally and in solido liable unto petitioner for a reasonable sum in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings for the following reasons to wit:

1.

On or about November 19, 2022, at approximately 8:30 p.m., KIMBERLY GROSS, was driving her 2019 Mitsubishi Eclipse Cross 4 door Louisiana license plate 515 DYS Westbound of I – 10 in the Middle Lane near its intersection with North Claiborne Street in New Orleans, Louisiana with Gerald Howard as front passenger and in a safe and prudent manner.

2.

Then Defendant, BENJAMIN IRONS attempted to merge on to 610 west lost control of his vehicle suddenly unexpectedly and without warning struck the front passenger side of plaintiff's vehicle and then violently causing her vehicle to crash into the left median wall causing serious damage to her person and property which exceeds the underlying per person policy limits of the defendant's insurance.

3.

Then Defendant, BENJAMIN IRONS attempted to merge on to 610 west lost control of his vehicle suddenly unexpectedly and without warning struck the front passenger side of plaintiff's vehicle and then violently causing her vehicle to crash into the left median wall causing serious damage to her person and property which exceeds the underlying per person policy limits of the defendant's insurance.

4.

Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY issued a policy or policies of uninsured underinsured motorist coverage which covered the KIMBERLY GROSS, for the damages complained of herein which was in full force and effect at the time of the aforementioned

incident and covered the alleged negligence and are therefore liable under the terms of said policy for the injuries suffered by Petitioner.

5.

The aforementioned Defendants, PROGRESSIVE CASUALTY INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND KIMBERLY GROSS are jointly and liable severally liable unto Plaintiffs for the negligent acts of their own agents and employees under Article 2315 of the Louisiana Civil Code and things in their custody and control, namely the automobile, under Article 2317 of the Louisiana Civil Code and the negligence of their insured, and the negligence of their employees, which includes but is not limited to the following:

a. Failure to make a timely application of her brakes so as to avoid striking unknown vehicle;

b. Failure to keep a proper lookout;

c. Failure to exercise reasonable vigilance;

d. Failure to maintain reasonable and proper control of her vehicle;

e. Operating the vehicle under her control in a reckless and negligent manner;

f. Failure to see what she should have seen;

g. Improper hiring, failure oversee employees, negligent training, failure to check driving record;

h. Negligence per se;

6.

As a result of the aforementioned incident, Plaintiff, KIMBERLY GROSS suffered injuries to their persons and property which exceed $100,000.00.

7.

Petitioner, KIMBERLY GROSS, is entitled to an amount in damages reasonably calculated to compensate him for injuries he sustained, including but not limited to:

a. Property damage to Petitioner's vehicle.

  b. Past, present and future mental pain, suffering and anguish.

  c. Past, present and future physical pain and suffering and loss of function.

  d. Past, present and future medical expenses.

  e. Loss of enjoyment of life; and

  f. Punitive, exemplary and treble damages

  g. Any and all other damages cognizable by the Constitution of the State of Louisiana and the United States Constitution.

**8.**

Petitioner avers amicable demand to no avail.

**PRAYER FOR RELIEF**

WHEREFORE, Petitioner, KIMBERLY GROSS, prays that this Petition be filed and that Defendants, PROGRESSIVE CASUALTY INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND BENJAMIN IRONS be duly cited and served with a copy of same, to appear and answer same and after all legal delays and due proceedings are had that there be judgment herein in favor of Petitioner, and against Defendants, PROGRESSIVE CASUALTY INSURANCE COMPANY, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY AND BENJAMIN IRONS jointly severally and in solido in an amount reasonably calculated to compensate Petitioner for his damages, together with legal interest thereon, from date of judicial demand until paid and for all costs of the proceedings and all general and equitable relief this Honorable Court deem..necessary.

Respectfully submitted,

**DENNIS SPURLING PLLC**
**ATTORNEY AT LAW & FRIENDS**

*Dennis Spurling*
_____
DENNIS D. SPURLING (LSB # 27093)
J.P. Morgan Chase Building 3003
S. Loop West, Suite 400
Houston, Texas 77054
Telephone- (713) 229 - 0770
Facsimile - (713) 229 - 8444
ddspurling@dennisspurling.com *Attorney For Plaintiff* **Kimberly Gross**

**PLEASE SERVE:**

**PROGRESSIVE CASUALTY INSURANCE COMPANY**
Through Its Agent for Service of Process: Louisiana Secretary of State
8585 Archives Ave. Baton Rouge, LA 70809

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
Through Its Agent for Service of Process: Louisiana Secretary of State
8585 Archives Drive Baton Rouge, LA 70809

**BENJAMIN IRONS**
at his home address:
3022 Hamilton St
New Orleans, LA